IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIG SANDY RANCHERIA ENTERPRISES, | Case No. 1:18-cv-00958-DAD-EPG |
| Plaintiff, | **ORDER RE STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| v. | |
| XAVIER BECERRA, et al., | (ECF No. 8) |
| Defendants. | |

On August 7, 2018, the parties filed a stipulation (ECF No. 8) for an extension of time for Defendants to respond to Plaintiff's Complaint (ECF No. 1). Pursuant to the stipulation, and finding good cause for granting the requested extension of time,

IT IS ORDERED that the deadline for Defendants to respond to the Complaint (ECF No. 1) is extended to September 17, 2018.

IT IS SO ORDERED.

Dated: **August 8, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE